1  **CANDIS MITCHELL**
   California State Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5  Attorneys for Mr. Perez-Soto

                    UNITED STATES DISTRICT COURT

                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ2277 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| DANIEL PEREZ-SOTO, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,


Dated: July 31, 2008                    /s/ *Candis Mitchell*
                                        **CANDIS L. MITCHELL**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Perez-Soto
                                        Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 31, 2008                                  */s/  Candis Mitchell*
                                                                   **CANDIS L. MITCHELL**
                                                                   Federal Defenders of San Diego, Inc.
                                                                   225 Broadway, Suite 900
                                                                   San Diego, CA  92101-5030
                                                                   (619) 234-8467  (tel)
                                                                   (619) 687-2666  (fax)
                                                                   Candis_Mitchell@fd.org