UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2277 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Daniel Perez Soto | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

Maria Alejandre Cendejas

DATED: 8-5-08

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _R_huaRhne_____
Deputy Clerk

R. Rhone